**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2075**

STEVEN WILLIAM FERRELL, SR.,

                    Plaintiff - Appellant,

          v.

BABCOCK & WILCOX, CO.,

                    Defendant - Appellee,

          and

E. JAMES FERLAND, President & CEO; PAYTON S. BAKER,
President- NOG; BARRY CANDOR, Manager of IT--NOG; MICHAEL
PAUL, Manager of IT--NOG; BRIAN QUICK, Manager of IT-- NOG;
NATHANIEL X. MARSHALL, EEOC--NOG,

                    Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.  Norman K. Moon, Senior
District Judge. (6:12-cv-00048-NKM-RSB)

Submitted: January 21, 2014          Decided: January 23, 2014

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven William Ferrell, Sr., Appellant Pro Se.  Steven David
Brown, Joan McKenna, LECLAIR RYAN, PC, Richmond, Virginia, for

Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven William Ferrell, Sr., appeals the district court's order granting Babcock & Wilcox's motion for summary judgment and denying Ferrell's motion to compel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ferrell v. Babcock & Wilcox, Co., No. 6:12-cv-00048-NKM-RSB (W.D. Va. Aug. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED